UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Erin Evanson
_____
Plaintiff

Civil Action No. 09-10579

Valentine & Kebartas, Inc.
_____
Defendant

REQUEST FOR REASSIGNMENT

Not all parties having consented to the Magistrate Judge's jurisdiction, this case is returned to the Clerk to be redrawn to a District Judge.

Marc K. Duffy
_____
Deputy Clerk

NOTICE OF REASSIGNMENT

This case is reassigned to District Judge O'Toole for all further proceedings. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to the previously assigned Magistrate Judge.

Martha A. Pane
_____
Deputy Clerk